BRIAN G. HANNEMANN (SBN 166109)
**HANNEMANN LAW FIRM**, A PROFESSIONAL CORPORATION
bghesq@gmail.com
1042 N. Mountain Ave., Suite B-222
Upland, California 91786
Tele: (909) 980-7878
Fax:  (909) 912-8999

Kathleen Doherty Esq. (SBN #310608)
1042 N. Mountain Ave., Suite B-222
Upland, CA 91786
Telephone: (909) 980-7878
Facsimile: (909) 912-8999
Email: kateydoherty@gmail.com
[ADDITIONAL COUNSEL ON LAST PAGE]
Attorneys for Applicant-Intervenor,
SANDRA WHITFIELD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RADIANT SERVICES CORP., BARONHR, LLC, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:22-cv-06517-GW<br>**DECLARATION OF KATHLEEN DOHERTY, ESQ. AND EXHIBIT 1 IN SUPPORT OF MOTION TO INTERVENE**<br>Filed concurrently with Notice of Motion and Motion to Intervene, [Proposed] Order<br><br>Date:　　December 8, 2022<br>Time:　　8:30 a.m.<br>Dept.:　　Courtroom 9D<br>Judge:　　Hon. George H. Wu |

**DECLARATION OF KATHLEEN DOHERTY, ESQ. AND EXHIBIT 1 IN SUPPORT OF MOTION TO INTERVENE**

- 1 -

# DECLARATION OF KATHLEEN DOHERTY, ESQ.

1. I am an attorney licensed to practice before this Court and am one of the attorneys of record for Applicant-Intervenor Sandra Whitfield ("Whitfield"). I make this declaration in support of Applicant-Intervenor's Motion to Intervene. I have personal knowledge of the facts in this declaration and if called upon to testify, I can and will competently testify thereto.

2. Sandra Whitfield filed charges with the Equal Employment Opportunity Commission alleging discrimination against the Defendants in this matter, Radiant Services Corp. and BaronHR, LLC. As a result, the EEOC investigated Whitfield's practices and ultimately filed this lawsuit on September 13, 2022. Whitfield's claims against Defendants are set forth in her proposed Complaint in Intervention, a true and correct copy of which is attached hereto as **Exhibit 1**.

3. On September 22, 2022, the EEOC notified Whitfield of her right to intervene pursuant to 42 U.S.C. 2000e-5(f)(1).

4. Before filing this Motion and [Proposed] Complaint in Intervention, I corresponded with counsel representing the Equal Employment Opportunity Commission, Ella Hushagen. Ms. Hushagen confirmed for me that Defendants in this matter have not been served and no discovery has been exchanged as of November 14, 2022. I also reviewed the docket report for this matter to confirm that no responsive pleading has been filed.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 14, 2022, at Upland, California.

/s/Kathleen Doherty, Esq.
Kathleen Doherty, Esq.

1 | Law Offices of Marc D. Mabile, APLC
2 | Marc D. Mabile, Esq., State Bar No. – 144799
3 | 1950 Fifth Ave., Suite 200
  | San Diego, California 92101
4 | Tel: (619) 702-2600
  | Fax: (619) 702-2611
5 | mmabile@aol.com

6
7 | Attorneys for Applicant-Intervenor
  | SANDRA WHITFIELD

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**DECLARATION OF KATHLEEN DOHERTY, ESQ. AND EXHIBIT 1 IN SUPPORT OF MOTION TO INTERVENE**

- 3 -