NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Michael R. Weinstein (SBN 106464)
Scott H. Toothacre (SBN 146530)
FERRIS & BRITTON, APC
501 West Broadway, Suite 1450
San Diego, California 92101
619-233-3131

ATTORNEY(S) FOR: BARONHR, LLC

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br><br>Plaintiff(s),<br>v.<br>RADIANT SERVICES CORP., BARONHR, LLC, and DOES 1-10, inclusive<br><br>Defendant(s) | CASE NUMBER:<br><br>2:22-cv-06517 GW (RAO)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____BARONHR, LLC_____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| U.S. Equal Employment Opportunity Commission | Plaintiff |
| Radiant Service Corp. | Defendant |
| BaronHR, LLC | Defendant |

January 10, 2023                        /s/ Michael R. Weinstein
Date                                           Signature

Attorney of record for (or name of party appearing in pro per):

BARONHR, LLC

CV-30 (05/13)                        NOTICE OF INTERESTED PARTIES

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2023, a true and correct copy of CERTIFICATE AND NOTICE OF INTERESTED PARTIES was served via the United States District Court CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the Court rules.

By: /s/ *Debra L. Barker*
Debra L. Barker, Paralegal for
FERRIS & BRITTON, APC.