FERRIS & BRITTON
A Professional Corporation
  Michael Weinstein (State Bar No. 106424)
  Scott H. Toothacre (State Bar No. 146530)
  Elyssa L. Kulas (State Bar No. 317559)
501 West Broadway, Suite 1450
San Diego, California 92101
Telephone: 619-233-3131
Facsimile:  619-232-9316
mweinstein@ferrisbritton.com
stoothacre@ferrisbritton.com
ekulas@ferrisbritton.com

Attorneys for Defendant, Cross-Claimant
and Cross-Defendant BaronHR, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>RADIANT SERVICES CORP., BARONHR, LLC, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-06517 GW (RAO)<br><br>**DEFENDANT AND CROSS-DEFENDANT BARONHR, LLC'S ANSWER TO DEFENDANT AND CROSS-CLAIMANT RADIANT SERVICES CORP.'S CROSS-CLAIM**<br><br>**JURY TRIAL DEMANDED** |

Defendant and Cross-Defendant, BARONHR, LLC (hereafter "Cross-Defendant BaronHR"), hereby answers the Cross-Claim of Defendant and Cross-Claimant RADIANT SERVICES CORP. (hereinafter "Cross-Claimant Radiant"). Paragraph numbers of this Answer correspond to paragraph numbers of the Cross-Claim.

## ANSWER TO CROSS-CLAIM

1. Cross-Defendant BaronHR admits the allegations of paragraph 1 on information and belief.

2. Cross-Defendant BaronHR admits the allegations of paragraph 2.

1

Case No. 2:22-cv-06517 GW (RAO)
**DEFENDANT AND CROSS-DEFENDANT BARONHR, LLC'S ANSWER TO DEFENDANT AND CROSS-CLAIMANT RADIANT SERVICES CORP.'S CROSS-CLAIM**

3. Cross-Defendant BaronHR lacks information and belief sufficient to admit or deny the allegations of paragraph 3 and denies the allegations on that basis.

4. Cross-Defendant BaronHR admits the allegations of paragraph 4, except as follow: Cross-Defendant BaronHR denies that it engaged in the unlawful employment acts described in Plaintiff's underlying complaint.

5. Cross-Defendant BaronHR admits the allegations of paragraph 5 based on information and belief.

6. Cross-Defendant BaronHR admits the allegations of paragraph 6.

7. Cross-Defendant BaronHR admits the allegations of paragraph 7.

8. Cross-Defendant BaronHR admits the allegations of paragraph 8.

9. Paragraph 9 makes no factual allegations and thus no response by Cross-Defendant BaronHR to the statement in Paragraph 9 is required.

## FIRST CAUSE OF ACTION

(Equitable Indemnity)

10. In response to the allegations of paragraph 10, Cross-Defendant BaronHR incorporates by reference its responses set forth in the preceding paragraphs 1-9.

11. Cross-Defendant BaronHR lacks sufficient information and belief to admit or deny the allegations of the first sentence of paragraph 11 and denies the allegations on that basis. Cross-Defendant BaronHR denies the allegation in the second sentence of paragraph 11 that if Cross-Claimant is found responsible under the law for any of the allegations contained in Plaintiff's Complaint, then Cross-Defendant BaronHR caused, or contributed to, the happening of the acts alleged in Plaintiff's Complaint.

12. Cross-Defendant BaronHR denies the allegations of paragraph 12.

## SECOND CAUSE OF ACTION

(Implied Contractual Indemnity)

13. In response to the allegations of paragraph 13, Cross-Defendant BaronHR incorporates by reference its responses set forth in the preceding paragraphs 1-12.

14. Cross-Defendant BaronHR admits the allegations of paragraph 14.

2

Case No. 2:22-cv-06517 GW (RAO)
**DEFENDANT AND CROSS-DEFENDANT BARONHR, LLC'S ANSWER TO DEFENDANT AND CROSS-CLAIMANT RADIANT SERVICES CORP.'S CROSS-CLAIM**

15. Cross-Defendant BaronHR denies the allegations of paragraph 15.

16. Cross-Defendant BaronHR denies the allegations of paragraph 16.

17. Cross-Defendant BaronHR denies the allegations of paragraph 17.

18. Cross-Defendant BaronHR denies the allegations of paragraph 18.

## THIRD CAUSE OF ACTION

(Contribution and Negligence)

19. In response to the allegations of paragraph 19, Cross-Defendant BaronHR incorporates by reference its responses set forth in the preceding paragraphs 1-18.

20. Defendant admits the allegations of paragraph 20, except as follows: Cross-Defendant BaronHR denies any liability or fault on its part.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

(Failure to State a Claim Upon Which Relief Can Be Granted)

The First Claim fails to state facts sufficient to constitute a cause of action or a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

(Failure to State a Claim Upon Which Relief Can Be Granted)

The Second Claim fails to state facts sufficient to constitute a cause of action or a claim upon which relief can be granted.

### THIRD AFFIRMATIVE DEFENSE

(Failure to State a Claim Upon Which Relief Can Be Granted)

The Third Claim fails to state facts sufficient to constitute a cause of action or a claim upon which relief can be granted.

### FOURTH AFFIRMATIVE DEFENSE

(Additional Unknown Affirmative Defenses)

Cross-Defendant BaronHR reserves the right to assert any unknown or unascertained affirmative defense(s) applicable to Cross-Claimant Radiant's claim and will seek leave of court to amend this Answer to Cross-Claim to assert same if and

Case No. 2:22-cv-06517 GW (RAO)
**DEFENDANT AND CROSS-DEFENDANT BARONHR, LLC'S ANSWER TO DEFENDANT AND CROSS-CLAIMANT RADIANT SERVICES CORP.'S CROSS-CLAIM**

when such affirmative defenses become known or ascertained.

## PRAYER FOR RELIEF

Wherefore, Cross-Defendant BaronHR respectfully requests the following relief:

1. The entry of judgment in favor of the Cross-Defendant BaronHR on each and every cause of action;
2. That the court declare the rights, duties and obligations of the parties to this action, and render a judgment for Cross-Defendant BaronHR against Cross-Claimant Radiant.
3. The award of costs of the suit and attorney's fees, if applicable; and
4. Such other relief as the Court deems just and proper.

## DEMAND FOR TRIAL BY JURY

Cross-Defendant BaronHR demands a trial by jury on all issues that are so triable.

Dated: January 18, 2023
        FERRIS & BRITTON
        A Professional Corporation

        By: /s Michael R. Weinstein
          Michael R. Weinstein
        Attorneys for Defendant and Cross-Defendant
        BARONHR, LLC

4

Case No. 2:22-cv-06517 GW (RAO)
**DEFENDANT AND CROSS-DEFENDANT BARONHR, LLC'S ANSWER TO DEFENDANT AND CROSS-CLAIMANT RADIANT SERVICES CORP.'S CROSS-CLAIM**