UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 22-6517-GW-RAOx | Date | April 8, 2024 |
| Title | U.S. Equal Employment Opportunity Commission v. Radiant Services Corp., et al. | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**     **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

A Joint Notice of Settlement [54] was filed on April 5, 2024. The Court vacates all currently set dates, with the expectation that a Consent Decree as to Defendant Radiant Services Corporation will be filed within 60 days. The Court sets an order to show re: settlement hearing for June 10, 2024 at 8:30 a.m. The parties are to file the Consent Decree, or a joint status report by noon on June 6, 2024.

:

Initials of Preparer   JG