Anna Y. Park, SBN 164242
anna.park@eeoc.gov
Nakkisa Akhavan, SBN 286260
nakkisa.akhavan@eeoc.gov
Ella Hushagen, SBN 297990
ella.hushagen@eeoc.gov
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 785-3090
Facsimile: (213) 894-1301

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

*Additional counsel on next page.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

SANDRA WHITFIELD,

Plaintiff-Intervenor,

vs.

RADIANT SERVICES CORP., BARONHR, LLC, and DOES 1-10 inclusive,

Defendants.

Case No.: 2:22-cv-06517-GW-RAO

**NOTICE OF LODGING OF [PROPOSED] CONSENT DECREE RE RADIANT SERVICES CORP.; ATTACHMENTS: [PROPOSED] CONSENT DECREE; EXHIBIT A; AND EXHIBIT B**

Hon. District Judge George H. Wu

Sophie N. Tarazi, SBN 329721
sophia.tarazi@eeoc.gov
Shigufa Saleheen, SBN 341013
Shigufa.saleheen@eeoc.gov
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 785-3090
Facsimile: (213) 894-1301

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**TO THE HONORABLE DISTRICT COURT JUDGE, MAGISTRATE JUDGE, ALL PARTIES, AND ATTORNEYS OF RECORD:**

Plaintiff Equal Employment Opportunity Commission ("Plaintiff" or "EEOC") files this Notice of Lodging of the attached documents, [PROPOSED] CONSENT DECREE RE RADIANT SERVICES CORP., Exhibit A, and Exhibit B, which have been agreed to and signed by EEOC and Defendant Radiant Services Corp. The attached documents are hereby lodged for this Court's approval and entry into the record.

Respectfully submitted,

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Dated: August 5, 2024

*<u>/s/ Ella Hushagen</u>*
Ella Hushagen
Senior Trial Attorney
Attorney for Plaintiff U.S. EEOC